IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01452–EWN–OES

WCN/GAN PARTNERS, LTD., a Colorado partnership,

    Plaintiff,

v.

DR. CHARLES CATHCART, individually
YURI DEBEVC, individually
VERIDIA SOLUTIONS, LLC,
a South Carolina limited liability company
BRYAN JEEVES, individually
BANCROFT VENTURES LIMITED,
an Isle of Man corporation
THE JEEVES GROUP OF COMPANIES,
a foreign association; and
DOES 1 through 20,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

In view of the voluntary dismissal filed by plaintiff on October 24, 2005, those motions bearing docket ## 7, 9, 24, and 25 are DENIED as moot and the clerk is directed to close the case.

Dated: November 2, 2005